UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARROL B. MONTGOMERY and KENNETH PARKS, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD BARON, LINDA S. MARTINSON, MORTY SCHAJA, NORMAN S. EDELCUP, CHARLES N. MATHEWSON, HAROLD W. MILNER, RAYMOND NOVECK, DAVID A. SILVERMAN, M.D., BARON CAPITAL GROUP, INC., BAMCO, INC. and JOHN DOE DEFENDANTS NO. 1 through 100, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § <br><br> Case No. 05 CV 0299 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiffs hereby dismiss this action, which has not been certified as a class action, without prejudice.

Dated: April 5, 2005.

RESPECTFULLY SUBMITTED,

_(signature)_

Perry Weitz
Gary Klein (GK-5632)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
(212) 344-5461 fax

1

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax


Date:_____          SO ORDERED:


                          _____
                          United States District Judge